JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-7516-GW (GJSx) | Date | February 23, 2016 |
|---|---|---|---|
| Title | *United Fabrics International, Inc. v. U.S. Tops, Inc., et al.* | | |

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Kamilla Sali-Suleyman | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

      On February 5, 2016, the Court ordered counsel to show cause in writing, no later than February 22, 2016, why the above-entitled action should not be dismissed for failure to prosecute. To date, counsel have not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

 

                                                                : 

Initials of Preparer    KSS